

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 33RD DISTRICT COURT OF LLANO COUNTY, GREETINGS:

On December 2, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Callie Logan, Individually and as Representative of the Estate of Bryan Fread, Deceased, and Trenton Fread, Individually v. Summit LTC Kingsland, LLC d/b/a Kingsland Hills Care Center

Court of Appeals No. 15-25-00168-CV
Trial Court No. 22937

The Court of Appeals entered the following judgment or order:

Today the Court heard Appellants' "Notice of Withdrawal of Appeal." We order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by the party bearing the same.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this December 2, 2025.

CHRISTOPHER A. PRINE, CLERK